479 A.2d 1145

Commonwealth v. Jamison, Appellant.

Petition for Allowance of Appeal
Denied Nov. 7, 1984.

 Submitted April 2, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.